# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>HULL, FRANK M. | **2. Court or Organization**<br><br>U.S.CT OF APPEALS-11TH CIRCUIT | **3. Date of Report**<br><br>04/28/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.CT OF APPEALS JUDGE-SENIOR | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| **7. Chambers or Office Address**<br><br>U.S. Court of Appeals<br>56 Forsyth Street, NW<br>Atlanta, GA 30303 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HULL, FRANK M. | 04/28/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2019 | salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | George Mason University School of Law | 04/25/19 - 04/26/19 | Arlington, VA | Attending "Antonin Scalia Forum" | Meals and transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/28/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America, NA | Mortgage loan secured by GP real estate (Section VII, line 184) | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Undev. Real Estate: Henry Cty, GA | | None | K | W | | | | | |
| 2.  Real Estate: Atlanta, GA (Parcel 3: WW) | | None | M | W | | | | | |
| 3.  Real Estate: Atlanta, GA (Parcel 2: WW) | | None | M | W | | | | | |
| 4.  Real Estate: Atlanta, GA (Parcel 1: WW) | | None | P1 | W | | | | | |
| 5.  MERRILL LYNCH ACCT (with following) (H): | | | | | | | | | |
| 6.  -CASH EQUIVALENT ACCOUNTS (H): | | | | | | | | | |
| 7.  -ML Bank Deposit Program (Cash Acct) | A | Interest | J | T | | | | | |
| 8.  -Preferred Deposit (Cash Acct) | A | Interest | L | T | | | | | |
| 9.  -Capital One Bank USA NA (CD) | A | Interest | | | Redeemed | 05/07/19 | L | A | |
| 10.  -Morgan Stanley Bank (CD) | C | Interest | M | T | | | | | |
| 11.  MERRILL LYNCH-IRA ACCT (with following) (H): | | | | | | | | | |
| 12.  -Bank of America (Cash Acct) | A | Interest | L | T | | | | | |
| 13.  -Berkshire Bk (CD) | | | M | T | Buy | 07/30/19 | M | | |
| 14.  -MUTUAL FUNDS (H): | | | | | | | | | |
| 15.  -Altegris Managed Futures (MFTIX) | A | Dividend | J | T | | | | | |
| 16.  -AQR Diversified (ADAIX) | A | Dividend | J | T | | | | | |
| 17.  -Arbitrage Funds (ARBNX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -Blackrock Global (BGCIX) | A | Dividend | J | T | | | | | |
| 19. -Driehaus Emerging Mkts (DRESX) | A | Dividend | J | T | | | | | |
| 20. -Driehaus Active Income Fund (LCMAX) | A | Dividend | J | T | | | | | |
| 21. -First Eagle Gold Mutual Fund | A | Dividend | K | T | | | | | |
| 22. -Gotham Absolute Return (GARIX) | | None | J | T | | | | | |
| 23. -JP Morgan Strategic (JSOSX) | A | Dividend | J | T | | | | | |
| 24. -Neuberger Berman Long (NLSIX) | A | Dividend | J | T | | | | | |
| 25. -Pimco All Asset (PAUPX) | A | Dividend | J | T | | | | | |
| 26. -VanGuard Intermediate Term Bond | A | Int./Div. | K | T | | | | | |
| 27. -VanGuard Short Term Bond | A | Int./Div. | K | T | | | | | |
| 28. -Wells Fargo Adv Absolute (WABIX) | A | Dividend | J | T | | | | | |
| 29. -STOCKS (H): | | | | | | | | | |
| 30. -Adobe (ADBE) | | | | | Sold | 07/24/19 | J | D | |
| 31. -Align Tech Inc. Del Com (ALGN) | | | | | Sold | 07/24/19 | J | A | |
| 32. -Affiliated Managers Grp (AMG) | A | Dividend | | | Sold | 07/24/19 | J | | |
| 33. -Alphabet (GOOG) | | | | | Sold | 07/24/19 | J | B | |
| 34. -Alphabet (GOOGL) | | | | | Sold | 07/24/19 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Amazon.com (AMZN) | | | | | Sold | 07/24/19 | J | D | |
| 36.  -Anadarko Pete Corp (APC) | A | Dividend | | | Distributed | 07/24/19 | J | | |
| 37.  -Apergy Corp (APY) | | | | | Sold | 03/26/19 | J | A | |
| 38.  -Apple Inc (AAPL) | A | Dividend | | | Sold | 07/24/19 | J | C | |
| 39.  -Autozone (AZO) | | | | | Sold | 07/24/19 | J | B | |
| 40.  -Broadcom Ltd (AVGO) | A | Dividend | | | Sold | 07/24/19 | J | D | |
| 41.  -Costco Wholesale (COST) | A | Dividend | | | Sold | 07/24/19 | J | C | |
| 42.  -Danaher Corp (DHR) | A | Dividend | | | Sold | 07/24/19 | J | C | |
| 43.  -Dover (DOV) | A | Dividend | | | Sold | 07/24/19 | J | B | |
| 44.  -Edwards Life Sciences (EW) | | | | | Buy | 03/26/19 | J | | |
| 45.  -Edwards Life Sciences (EW) | | | | | Sold | 07/24/19 | J | A | |
| 46.  -Facebook (FB) | | | | | Sold | 07/24/19 | J | B | |
| 47.  -FedEx Corp (FDX) | A | Dividend | | | Sold | 07/24/19 | J | B | |
| 48.  -Garrett Motion (GTX) | | | | | Sold | 03/26/19 | J | A | |
| 49.  -Genl Dynamics Corp (GD) | A | Dividend | | | | | | | |
| 50.  -Honeywell Intl Inc (HON) | A | Dividend | | | Sold | 07/24/19 | J | C | |
| 51.  -Intuitive Surgical Inc (ISRG) | | | | | Sold | 07/24/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -Occidental Pete Corp (OXY) | A | Dividend | J | T | Spinoff<br>(from line 36) | 07/24/19 | J | | |
| 53. -Pioneer Natural Res (PXD) | | | | | Sold | 03/26/19 | J | | |
| 54. -Resideo Tech Inc (REZI) | | | | | Sold | 03/26/19 | J | A | |
| 55. -Salesforce.com (CRM) | | | | | Sold | 07/24/19 | J | D | |
| 56. -Thermo Fisher Scientific (TMO) | A | Dividend | | | Sold | 07/24/19 | J | D | |
| 57. -TJX COS Inc New (TJX) | A | Dividend | | | Sold | 07/24/19 | J | A | |
| 58. -Union Pacific Corp (UNP) | A | Dividend | | | Sold | 07/24/19 | J | B | |
| 59. -Zimmer Biomet Holdings (ZBH) | A | Dividend | | | Sold | 07/24/19 | J | A | |
| 60. -Zoetis Inc (ZTS) | A | Dividend | | | Sold | 07/24/19 | J | D | |
| 61. MERRILL LYNCH-ACCT #2 (with<br>following) (H): | | | | | | | | | |
| 62. CDs/CASH EQUIVALENT ACCOUNTS<br>(H): | | | | | | | | | |
| 63. -ML Bank Deposit Program (Cash Account) | A | Interest | J | T | | | | | |
| 64. -Preferred Deposit (Cash Account) | A | Interest | K | T | | | | | |
| 65. -Morgan Stanley Pvt Bk (CD) | C | Interest | | | Redeemed | 08/09/19 | M | | |
| 66. -Farmers & Merchants Bank (CD) | C | Interest | M | T | | | | | |
| 67. -First General Bank (CD) | D | Interest | M | T | | | | | |
| 68. -Sallie Mae Bank (CD) | C | Interest | | | Redeemed | 12/20/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -State Bank of India (CD) | C | Interest | | | Redeemed | 08/15/19 | M | | |
| 70. -Goldman Sachs (CD) | | | | | Buy | 08/27/19 | M | | |
| 71. -MUFG Union Bank (CD) | | | | | Buy | 06/11/19 | L | | |
| 72. -STOCKS (H): | | | | | | | | | |
| 73. -ABBVIE Inc (ABBV) | A | Dividend | | | Sold | 03/22/19 | K | D | |
| 74. -AMN Elec Power Co (AEP) | A | Dividend | J | T | | | | | |
| 75. -Anadarko Pete Corp (APC) | A | Dividend | | | Sold | 03/22/19 | J | | |
| 76. -Astrazeneca Plc (AZN) | A | Dividend | K | T | | | | | |
| 77. -AT&T Inc (T) | A | Dividend | J | T | | | | | |
| 78. -Automatic Data Proc (ADP) | A | Dividend | K | T | | | | | |
| 79. -Biogen (BIIB) | | | L | T | | | | | |
| 80. -Chubb (CB) | A | Dividend | J | T | Buy | 03/22/19 | J | | |
| 81. -CenturyLink Inc (CTL) | A | Dividend | | | Sold | 03/22/19 | J | | |
| 82. -Coca-Cola Co (KO) | A | Dividend | K | T | | | | | |
| 83. -Corteva Inc. (CTVA) | A | Dividend | J | T | Spinoff (from line 87) | 06/03/19 | J | | |
| 84. -Crown Castle Reit Inc (CCI) | A | Dividend | J | T | | | | | |
| 85. -Digital Realty (DLR) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Dow Inc (DOW) | A | Dividend | J | T | Spinoff (from line 87) | 04/04/19 | J | | |
| 87. -DowDuPont Inc (DWDP) | A | Dividend | | | Distributed | 06/03/19 | J | | |
| 88. -DuPont de Nemours (DD) | A | Dividend | J | T | Spinoff (from line 87) | 06/03/19 | J | | |
| 89. -Enbridge Inc (ENB) | A | Dividend | J | T | | | | | |
| 90. -General Motors (GM) | A | Dividend | J | T | | | | | |
| 91. -Hess Corp (HES) | A | Dividend | K | T | | | | | |
| 92. -Illinois Tool Works (ITW) | A | Dividend | | | Sold | 03/22/19 | J | | |
| 93. -Intel Corp (INTC) | A | Dividend | K | T | | | | | |
| 94. -JP Morgan Chase (JPM) | A | Dividend | K | T | Buy (add'l) | 03/22/19 | J | | |
| 95. -Kimberly Clark (KMB) | A | Dividend | | | Sold | 03/22/19 | K | C | |
| 96. -Kraft Heinz Co (KHC) | A | Dividend | | | Sold | 03/22/19 | J | | |
| 97. -Lockheed Martin Corp (LMT) | A | Dividend | K | T | | | | | |
| 98. -McDonalds Corp (MCD) | A | Dividend | K | T | | | | | |
| 99. -Merck and Co (MRK) | A | Dividend | K | T | | | | | |
| 100. -Microsoft (MSFT) | A | Dividend | K | T | Buy | 03/22/19 | J | | |
| 101. -Nextera Energy (NEE) | A | Dividend | K | T | | | | | |
| 102. -Occidental Pete Corp (OXY) | A | Dividend | | | Sold | 03/22/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Paccar Inc (PCAR) | A | Dividend | K | T | | | | | |
| 104.  -PPL Corp (PPL) | A | Dividend | J | T | | | | | |
| 105.  -Royal Bank of Canada (RY) | A | Dividend | J | T | Buy | 03/22/19 | J | | |
| 106.  -Schlumberger Ltd (SLB) | A | Dividend | J | T | | | | | |
| 107.  -Sysco Corp (SYY) | A | Dividend | J | T | | | | | |
| 108.  -Toronto Dominion Bank (TD) | A | Dividend | K | T | Buy (add'l) | 03/22/19 | J | | |
| 109.  -Total SA (TOT) | A | Dividend | K | T | Buy | 03/22/19 | K | | |
| 110.  -Verizon Communications (VZ) | A | Dividend | K | T | | | | | |
| 111.  -Vodafone Group (VOD) | A | Dividend | | | Sold | 03/22/19 | J | | |
| 112. MERRILL LYNCH-IRA ACCT (with following) holdings) (H): | | | | | | | | | |
| 113.  -CDs/CASH EQUIVALENT ACCTS (H): | | | | | | | | | |
| 114.  -Bank of America (Cash Acct) | A | Interest | M | T | | | | | |
| 115.  -GNM | A | Interest | J | T | | | | | |
| 116.  -CD Ally Bank | C | Interest | M | T | | | | | |
| 117.  -CD Capital One BK | C | Interest | | | Redeemed | 07/15/19 | M | | |
| 118.  -CD Discover Bank | B | Interest | | | Redeemed | 12/20/19 | L | A | |
| 119.  -CD Sallie Mae Bk | C | Interest | | | Redeemed | 12/20/19 | M | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. -CD Farmers & Merchs Bk W | C | Interest | M | T | | | | | |
| 121. -DN JP Morgan Chase Bank NA | C | Interest | | | Redeemed | 09/30/19 | M | A | |
| 122. -Morgan Stanley Pvt Bk (CD) | | | M | T | Buy | 07/15/19 | M | | |
| 123. -Goldman Sachs Bk USA (CD) | | | M | T | Buy | 12/18/19 | M | | |
| 124. -Wells Fargo Bk W (CD) | | | L | T | Buy | 12/19/19 | L | | |
| 125. -MUTUAL/INDEX FUNDS (H): | | | | | | | | | |
| 126. -Calamos Market Neutral Fund (CMNIX) | B | Int./Div. | M | T | | | | | |
| 127. -iShares MSCI CDA Index Fund (EWC) | A | Dividend | K | T | | | | | |
| 128. -iShares MSCI Germany Index Fund (EWG) | A | Dividend | K | T | | | | | |
| 129. -iShares Trust S&P Midcap 400 Index Fund (IJH) | C | Dividend | M | T | | | | | |
| 130. -iShares S&P SmallCap 600 Index Fund (IJR) | B | Dividend | M | T | | | | | |
| 131. -iShares NASDAQ BioTech Index Fund (IBB) | A | Dividend | L | T | | | | | |
| 132. -iShares MSCI EAFE Index Fund (EFA) | C | Dividend | M | T | | | | | |
| 133. -iShares S&P Global Infrastr (IGF) | B | Dividend | K | T | | | | | |
| 134. -SPDR DJ Global Titans (DGT) | A | Dividend | K | T | | | | | |
| 135. -VanGuard Information Tech ETF (VGT) | A | Dividend | L | T | | | | | |
| 136. -VanGuard MSCI Emerging Mrkts ETF (VWO) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -STOCKS (H): | | | | | | | | | |
| 138. -Abbott Labs (ABT) | B | Dividend | L | T | | | | | |
| 139. -Advansix Inc (ASIX) | | None | J | T | | | | | |
| 140. -Amazon (AMZN) | | None | K | T | Buy | 03/22/19 | K | | |
| 141. -American Wtr Wks Co (AWK) | A | Dividend | | | Sold | 03/26/19 | M | F | |
| 142. -Apple (APPL) | A | Dividend | L | T | Buy | 03/22/19 | L | | |
| 143. -Automatic Data Proc (ADP) | B | Dividend | M | T | | | | | |
| 144. -Baker Hughes (BHGE) | A | Dividend | | | Sold | 03/26/19 | J | | |
| 145. -Blackrock (BLK) | B | Dividend | K | T | | | | | |
| 146. -Capital One (COF) | A | Dividend | L | T | Buy | 03/22/19 | K | | |
| 147. -Chubb Ltd (CB) | B | Dividend | M | T | | | | | |
| 148. -CitiGroup Inc (C) | B | Dividend | L | T | | | | | |
| 149. -Comcast Corp (CMCSA) | A | Dividend | | | Sold | 03/26/19 | K | E | |
| 150. -Costco Wholesale (COST) | A | Dividend | L | T | | | | | |
| 151. -CVS Health Corp (CVS) | B | Dividend | L | T | | | | | |
| 152. -Danaher Corp (DHR) | A | Dividend | L | T | | | | | |
| 153. -Diageo Plc Spsd (DEO) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Ecolab Inc (ECL) | A | Dividend | K | T | | | | | |
| 155. -Emerson Elec (EMR) | A | Dividend | K | T | | | | | |
| 156. -Enbridge Inc (ENB) | B | Dividend | K | T | | | | | |
| 157. -FedEx Corp Delaware (FDX) | A | Dividend | K | T | | | | | |
| 158. -Garrett Motion Inc (GTX) | | | | | Sold | 03/26/19 | J | A | |
| 159. -Hess Corp (HES) | A | Dividend | K | T | | | | | |
| 160. -Honeywell Intl (HON) | B | Dividend | M | T | | | | | |
| 161. -Johnson and Johnson (JNJ) | B | Dividend | L | T | | | | | |
| 162. -Lockheed Martin Corp (LMT) | B | Dividend | L | T | | | | | |
| 163. -McDonalds Corp (MCD) | B | Dividend | L | T | | | | | |
| 164. -Microchip Tech Inc (MCHP) | A | Dividend | L | T | Buy | 03/22/19 | L | | |
| 165. -Microsoft Corp (MSFT) | A | Dividend | L | T | | | | | |
| 166. -NextEra Energy (NEE) | B | Dividend | L | T | | | | | |
| 167. -Oracle Corp (ORCL) | B | Dividend | L | T | | | | | |
| 168. -Resideo Tech Inc. (REZI) | | | | | Sold | 03/26/19 | J | B | |
| 169. -Schlumberger Ltd (SLB) | A | Dividend | K | T | | | | | |
| 170. -Texas Inst (TXN) | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Thermo Fisher Scientific (TMO) | A | Dividend | L | T | | | | | |
| 172.  -Tiffany & Co (TIF) | A | Dividend | | | Sold | 03/26/19 | K | D | |
| 173.  -Total S.A. (TOT) | B | Dividend | K | T | | | | | |
| 174.  -Union Pacific Corp (UNP) | B | Dividend | M | T | | | | | |
| 175.  -Verizon (VZ) | C | Dividend | L | T | | | | | |
| 176.  -VISA (V) | A | Dividend | M | T | | | | | |
| 177.  MERRILL LYNCH CMA Account | | | | | | | | | |
| 178.  --Bank of America N.A. (Cash account) | A | Interest | L | T | | | | | |
| 179.  -_____ (D-2 Preferred stock) | | None | L | W | | | | | |
| 180.  Real Estate: Ltd Partner, Peachtree So Ltd, Atlanta, GA | A | Int./Div. | J | W | | | | | |
| 181.  Real Estate: Ltd Partner, 179 Whitehall, Atlanta, GA | A | Int./Div. | K | W | | | | | |
| 182.  Real Estate: Atlanta, GA (KP) | E | Rent | M | W | | | | | |
| 183.  Real Estate: Atlanta, GA (50% GP) ($264,350) | | None | N | W | | | | | |
| 184.  Real Estate: Highlands, NC | | None | N | W | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/28/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/28/2020 |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 04/28/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ FRANK M. HULL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544